MARGARET S. THEALL, Appellant, *v.* THE VILLAGE OF PORT CHESTER, Respondent.

*Theall* v. *Village of Port Chester*, 110 App. Div. 776, affirmed.
(Argued November 26, 1906; decided December 11, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 26, 1906, upon an order reversing a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court on trial at Special Term and directing a dismissal of the complaint in an action to compel the specific performance of a contract to purchase certain lands.

*Ralph E. Prime* for appellant.

*Jerome A. Peck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J.

---

SAMUEL H. PIERIE, Appellant, *v.* HORACE W. SMITH et al., Respondents.

*Pierie* v. *Smith*, 109 App. Div. 911, affirmed.
(Argued November 26, 1906; decided December 11, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1905, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover for timber cut upon plaintiff's lands and to restrain future cutting.

*L. H. Ford* for appellant.

*J. Frank La Rue* and *Joseph Atwell* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J.